UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERLA MARIA DIAZ-RABUN,<br><br>    Plaintiff,<br><br>    v.<br><br>WALMART INC.,<br><br>    Defendant. | Case No. 23-cv-05998-KAW<br><br>ORDER TO SHOW CAUSE FOR FAILURE TO APPEAR AT THE CASE MANAGEMENT CONFERENCE<br><br>Re: Dkt. No. 10 |

On March 5, 2024, the Court held a case management conference, where Plaintiff did not appear.

Accordingly, counsel for Plaintiff is ORDERED TO SHOW CAUSE, in writing, by no later than March 29, 2024, why they should not pay monetary sanctions in the amount of $500 for their failure to appear at the case management conference.

IT IS SO ORDERED.

Dated: March 15, 2024

_____
KANDIS A. WESTMORE
United States Magistrate Judge